IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID NIPPER AND BETTY NIPPER,

      Plaintiffs,

vs.                                      CASE NO.: 2:23-cv-779-JLB-KCD

SAFETY SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiffs, David Nipper and Betty Nipper, and Defendants, Safety Specialty Insurance Company ("the Parties"), by and through their undersigned attorneys, hereby file this Stipulation of Voluntary Dismissal of the above-captioned action, with prejudice, and by agreement of the parties each side will bear its own respective attorneys' fees and costs.

**DATED:** May 10, 2024.

| | |
|---|---|
| HAIR SHUNNARAH TRIAL ATTORNEYS | RIVERO & KELLY, PLLC |
| /s/ *Calsie M. Boyd* | *[signature: Sean Kelly]* |
| _____ | _____ |
| Calsie M. Boyd, Esq. | Sean R. Kelly, Esq. |
| Florida Bar No: 1028776 | Florida Bar No: 124404 |
| 3540 S. I-10 Serv. Rd. W. | 13575 58th St. N., Ste. 200 |
| Metairie, LA 70001 | Clearwater, FL 33760 |
| Phone: (504) 684-5200 | Phone: (727) 425-7150 |
| cboyd@hstalaw.com | skelly@riverokelly.com |
| amceachern@hstalaw.com | pleadings@riverokelly.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the CM/ECF portal upon:

Calsie Boyd, Esq. (FBN: 1028776)
**HAIR SHUNNARAH TRIAL ATTORNEYS**
3540 S. I-10 Serv. Rd. W.
Metairie, LA 70001
cboyd@hstalaw.com
amceachern@hstalaw.com
Attorneys for Plaintiffs

**RIVERO & KELLY, PLLC**

_____
Michael J. Rivero, Esq.
Florida Bar No: 85326
Sean R. Kelly, Esq.
Florida Bar No: 124404
13575 58th Street North, Ste. 200
Clearwater, FL 33760-3739
Phone: 727-425-7150
mrivero@riverokelly.com
skelly@riverokelly.com
pleadings@riverokelly.com